IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DOROTHY COUCH, | : | |
| Plaintiff | : | |
| v. | : | 5:05-CV-416 (WDO) |
| MICHAEL ASTRUE, Commissioner of Social Security, | : | |
| Defendant | : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation to affirm the Social Security Commissioner's decision to deny Plaintiff's request for disability benefits. Plaintiff filed an objection to the Recommendation that essentially asks this Court to reweigh the evidence and come to a conclusion in her favor. As explained in the Recommendation, this Court must affirm the Commissioner's decision if it is supported by the evidence. A review of the record shows there is more than ample support for the Commissioner's decision that Plaintiff Couch is *not* disabled as defined by the regulations. None of Plaintiff's arguments support a contrary finding. The Commissioner's finding of no disability is therefore AFFIRMED.

SO ORDERED this 1st day of May, 2007.


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE